52840. STAUFFER CHEMICAL COMPANY v. POP'S TOP SHOP, INC. et al.

BELL, Chief Judge.

This is a post-judgment garnishment proceeding to which the 1976 post-judgment garnishment statute applies. (Ga. L. 1976, pp. 1608-1629 (Code § 46-101 et seq.)). The Supreme Court in *City Finance Co. v. Winston,* 238 Ga. 10, held that the 1976 post-judgment garnishment statute was unconstitutional. We must therefore hold the garnishment proceeding on appeal void and of no effect. *Rose, Silverman & Hunt v. Ben O'Callaghan Co.,* 134 Ga. App. 648, 649 (215 SE2d 515). The judgment for the defendant is affirmed.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED OCTOBER 6, 1976 — DECIDED
DECEMBER 1, 1976.

*Maley & Crowe, W. Christopher Bracken,* for appellant.
*Cook, Noell, Bates & Warnes, John S. Noell, Jr., Erwin, Epting, Gibson & McLeod, E. Davison Burch, Terrell W. Benton, Jr., Lawrence F. Jones,* for appellees.